No. 766.   BARSKY ET AL. *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia. Certiorari denied.   *O. John Rogge* and *Lester Levin* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.   Briefs of *amici curiae* supporting the petition were filed by *Harry Sacher* for the Civil Rights Congress; *Robert W. Kenny, Bartley C. Crum, Charles Houston, Charles Katz, Ben Margolis* and *Martin Popper* for Lawson et al.; *David Rein* for the

National Lawyers Guild; *Osmond K. Fraenkel, Arthur Garfield Hays, Benjamin H. Kizer* and *Perry J. Stearns* for the American Civil Liberties Union; *Joseph Forer* for the Southern Conference for Human Welfare; and *Arthur G. Silverman* for the International Longshoremen's & Warehousemen's Union et al.